UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :   INFORMATION
                                   :
            - v. -                 :   17 Cr. 215
                                   :
BEREL WEISS,                       :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X

## COUNT ONE

The United States Attorney charges:

1.   From at least in or about November 2012, up to and including at least in or about January 2014, in the Southern District of New York and elsewhere, BEREL WEISS, the defendant, did knowingly falsify, conceal, and cover up by trick, scheme, and device material facts, and did make materially false, fictitious, and fraudulent statements and representations, and did make and use false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and representations, in matters involving benefits authorized, transported, transmitted, transferred, disbursed, and paid in connection with a major disaster declaration under section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, to wit, the disaster declaration in connection with Hurricane Sandy, in circumstances where the authorization, transportation, transmission, transfer,

disbursement, and payment of the benefit was in and affected interstate and foreign commerce, and the benefit was transported in the mail at points in the authorization, transportation, transmission, transfer, disbursement, and payment of that benefit, and the benefit was a record, voucher, payment, money, and thing of value of the United States and a department and agency thereof.

    (Title 18, United States Code, Section 1040.)

                                                                          _/s/ Joon H. Kim_
                                                  JOON H. KIM
                                                  Acting United States Attorney